**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ROGER HALL,** | **Civil Action No. 1:26-cv-01441** |
| Plaintiff, | |
| v. | **Hon. Charles P. Kocoras** |
| **THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,** | |
| Defendant. | |

**UNOPPOSED MOTION FOR A FIRST EXTENSION OF TIME FOR
DEFENDANT NO. 82 TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b), Fed.R.Civ.P., Defendant No. 82 ("Defendant") files this unopposed motion requesting a first extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint.  In support of this motion, Defendant contends there is good cause for the extension and states as follows:

1.      Plaintiff Roger Hall ("Plaintiff") commenced this action for copyright infringement on February 9, 2026.  (Dkt. No. 1).

2.      Plaintiff contends that Defendant was served the summons and Complaint on February 26, 2026.  (Dkt. No. 26).  Based on that date, Defendant's response is due March 19, 2026.  (*Id.*).

3.      Plaintiff has stated it does not oppose a 30-day extension of time to April 18, 2026

4.      Defendant respectfully requests an extension of time to answer or otherwise respond to Plaintiff's Complaint to and including April 18, 2026. Defendant requests the extension to allow additional time to investigate the allegations of copyright infringement in the Complaint.

Defendant No. 82 therefore respectfully requests that the Court extend the time for to answer Plaintiff's Complaint through and including April 18, 2026.

1

2

Dated: March 19, 2026

Respectfully submitted,

*/s/ Steven G. Kalberg*
David R. Bennett
Steven G. Kalberg
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (312) 291-1667
e-mail: dbennett@directionip.com
e-mail: skalberg@directionip.com

*Counsel for Defendant No. 82*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2026, I caused a true and correct copy of the foregoing pleading to be filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all attorneys of record who have consented to such notifications.

*/s/ Steven G. Kalberg*
Steven G. Kalberg